CLOSED, JURY, PATENT, STAGE2

## U.S. District Court [LIVE]
## Eastern District of TEXAS LIVE (Sherman)
## CIVIL DOCKET FOR CASE #: 4:04-cv-00256-RAS

E-Data Corporation v. Cinemark USA Inc et al
Assigned to: Judge Richard A. Schell
Cause: 35:271 Patent Infringement

Date Filed: 07/16/2004
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**E-Data Corporation**

**05 CV 4616**

**JUDGE CASEY**

represented by **Christopher S Walton**
Simon Galasso & Frantz
6300 Bridgepoint Parkway
Building One
Suite 410 A
Austin, TX 78730
512-231-1311
Fax: 512-231-1411
Email: cwalton@sgfattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clyde Moody Siebman**
Siebman Reynolds Burg & Phillips LLP

300 N Travis St
Sherman, TX 75090-0070
903/870-0070
Fax: 19038700066
Email: siebmanecfin@texoma.net
*TERMINATED: 04/19/2005*
*LEAD ATTORNEY*

**Raymond M Galasso**
Simon Galasso & Frantz
6300 Bridgepoint Parkway
Building One
Suite 410 A
Austin, TX 78730
512-231-1311
Fax: 512-231-1411
Email: rgalasso@sgfattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Augustine Phillips**
Siebman Reynolds Burg & Phillips LLP

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

.

300 N Travis St
Sherman, TX 75090-9969
903/870-0070
Fax: 19038700066
Email: shmdad@yahoo.com
*TERMINATED: 04/19/2005*

V.

**Defendant**

**Cinemark USA Inc**                  represented by **Dan Duncan Davison**
                                      Fulbright & Jaworski - Dallas
                                      2200 Ross Avenue
                                      Suite 2800
                                      Dallas, TX 75201
                                      214/855-8000
                                      Fax: 12148558200
                                      Email: ddavison@fulbright.com
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Regal Entertainment Group**        represented by **Dan Duncan Davison**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Thomson Corporation**              represented by **Calvin L Litsey**
                                      Faegre & Benson
                                      90 South Seventh
                                      2200 Norwest Center
                                      Minneapolis, MN 55407-3901
                                      612/766-7000
                                      Email: CLitsey@faegre.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Chad M Drown**
                                      Faege & Benson
                                      220 Wells Fargo Center
                                      90 South Seventh Street
                                      Minneapolis, Mn 55402
                                      612/766-7000
                                      Fax: 16127661600
                                      Email: CDrown@faegre.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **David C.F. Gross**

Faege & Benson
220 Wells Fargo Center
90 South Seventh Street
Minneapolis, Mn 55402
612/766-7000
Fax: 16127661600
Email: DGross@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W Poradek**
Faege & Benson
220 Wells Fargo Center
90 South Seventh Street
Minneapolis, Mn 55402
612-766-7000
Fax: 16127661600
Email: JPoradek@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee M Pulju**
Faege & Benson
220 Wells Fargo Center
90 South Seventh Street
Minneapolis, Mn 55402
612/766-7000
Fax: 16127661600
Email: LPulju@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn T Gordon**
Faege & Benson
220 Wells Fargo Center
90 South Seventh Street
Minneapolis, Mn 55402
612/766-7000
Fax: 16127661600
Email: SGordon@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Wayne Turner**
Jones Day - Dallas
2727 N Harwood St
Dallas, TX 75201
214/969-3700
Fax: 12149695100
Email: rwturner@jonesday.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**International Data Group Inc**                represented by **Robert James Garrey**
Jackson Walker - Dallas
901 Main St
Suite 6000
Dallas, TX 75202-3797
214/953-6000
Fax: 214/953-5822
Email: bgarrey@jw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Parke Latham**
Jackson Walker - Dallas
901 Main St
Suite 6000
Dallas, TX 75202-3797
214/953-6095
Fax: 12149535822
Email: blatham@jw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amazon.com Inc**                              represented by **Jeffrey S Love**
Klarquist Sparkman LLP
121 SW Salmon St Ste1600
Portland, OR 95204
503-595-5300
Fax: 503-595-5301
Email: jeffrey.love@klarquist.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D Vandenberg**
Klarquist Sparkman Campbell
121 SW Salmon St
Ste 1600
Portland, OR 97204
503/226-7391
Email: john.vandenberg@klarquist.com

*ATTORNEY TO BE NOTICED*

**James Claud Tidwell**
Wolfe Tidwell & McCoy
123 North Crockett St
Suite 100
Sherman, TX 75090

903/868-1933
Fax: 19038922397
Email: jct@wtmlaw.net
*ATTORNEY TO BE NOTICED*

**Richard David McLeod**
Klarquist Sparkman
121 SW Salmon St
Suite 1600 One World Trade Center
Portland, OR 97204
503/226-7391
Email: rxm@klarquist.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Movietickets.com Inc**                    represented by **Robert Wayne Turner**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Ticketmaster Corporation**                represented by **Robert D Becker**
                                            Manatt Phelps & Phillips LLP
                                            1001 Page Mill Rd
                                            Bldg 2
                                            Palo Alto, CA 94304
                                            650-812-1300
                                            Fax: 16502130260
                                            Email: rbecker@manatt.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Shawn G Hansen**
                                            Manatt Phelps & Phillips LLP
                                            1001 Page Mill Rd
                                            Bldg 2
                                            Palo Alto, CA 04304
                                            (650) 812-1300
                                            Fax: (650) 213-0291
                                            Email: shansen@manatt.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Samuel Franklin Baxter**
                                            Attorney at Law
                                            P O Box O
                                            Marshall, TX 75671
                                            903/927-2111
                                            Fax: 19039272622
                                            Email: sbaxter@mckoolsmith.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Marcus Theatres Corporation** represented by **Robert Wayne Turner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fandango Inc** represented by **Robert D Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Franklin Baxter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Franklin Electronic Publishers Inc**

**Defendant**

**New York Times Company** represented by **Lisa N. Phillips**
R E Wheelan & Associates
440 Louisiana st
Suite 900
Houston, TX 77002
202/783-6040
Fax: 2027836031
Email: lphillip@rothwellfigg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Lieberman**
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, DC 20005
202/783-6040
Fax: 2027836031
Email: slieberman@rothwellfigg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Parke Latham**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hallmark Cards, Inc**                    represented by **Adam P Seitz**
                                           Shook Hardy & Bacon - Kansas City
                                           MO
                                           2555 Grand Blvd
                                           Kansas City, MO 64108-2613
                                           816/474-6550
                                           Fax: 18164215547
                                           Email: aseitz@shb.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **B Trent Webb**
                                           Shook Hardy & Bacon
                                           2555 Grand Blvd
                                           Kansas City, MO 64108 2613
                                           (816) 474 6550
                                           Fax: 18164215547
                                           Email: bwebb@shb.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Bart A Starr**
                                           Shook Hardy & Bacon
                                           2555 Grand Blvd
                                           Kansas City, MO 64108-2613
                                           (816) 474 6550
                                           Fax: 18164215547
                                           Email: bstarr@shb.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**American Greetings Corporation**          represented by **Robert Wayne Turner**
*TERMINATED: 02/16/2005*                    (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Newsbank Inc**                           represented by **Christina April Tillett**
                                           Munson Munson Pierce & Cardwell
                                           123 S Travis
                                           Sherman, TX 75090
                                           903-893-8161
                                           Fax: 19038931345
                                           Email: catillett@munsonlaw.com
                                           *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James E. Schutz**
Troutman Sanders LLP
600 Peachtree St NE
Ste 5200 NationsBank Plaza
Atlanta, GA 30308-2216
404/885-3000
Fax: 4049626676
Email:
james.schutz@troutmansanders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Bowler**
Troutman Sanders LLP
600 Peachtree St NE
Ste 5200 NationsBank Plaza
Atlanta, GA 30308-2216
404/885-3000
Fax: 4049626513
Email:
john.bowler@troutmansanders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
**Hallmark Cards, Inc**

V.

**Counter Defendant**

**E-Data Corporation**                     represented by **Clyde Moody Siebman**
                                            (See above for address)
                                            *TERMINATED: 04/19/2005*
                                            *LEAD ATTORNEY*

**Counter Claimant**
**Hallmark Cards, Inc**

V.

**Counter Defendant**
**E-Data Corporation**

**Counter Claimant**
**American Greetings Corporation**          represented by **Robert Wayne Turner**
*TERMINATED: 02/16/2005*                    (See above for address)
                                            *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**E-Data Corporation**

**Counter Claimant**

**International Data Group Inc**                     represented by **Robert James Garrey**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Robert Parke Latham**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**E-Data Corporation**

**Counter Claimant**

**Cinemark USA Inc**

V.

**Counter Defendant**

**E-Data Corporation**

**Counter Claimant**

**Ticketmaster Corporation**                        represented by **Robert D Becker**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Shawn G Hansen**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**E-Data Corporation**

**Counter Claimant**

**Fandango Inc**                                    represented by **Robert D Becker**
                                                                     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**E-Data Corporation**

**Counter Claimant**

**Regal Entertainment Group**

V.

**Counter Defendant**

**E-Data Corporation**

**Counter Claimant**

Newsbank Inc                          represented by **James E. Schutz**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **John M. Bowler**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Christina April Tillett**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**E-Data Corporation**

**Counter Claimant**

**Marcus Theatres Corporation**

V.

**Counter Defendant**

**E-Data Corporation**

**Counter Claimant**
**Movietickets.com Inc**


V.
**Counter Defendant**
**E-Data Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2004 | ●1 | COMPLAINT with jury demand against all defendants (Filing fee $ 150 receipt #102677) , filed by E-Data Corporation. (Attachments: # 1 Civil Cover Sheet)(ttm, ) (Entered: 07/19/2004) |
| 07/16/2004 | ● | Magistrate Consent Form and Notice of Case Assignemnt Mailed to E-Data Corporation (ttm, ) (Entered: 07/19/2004) |
| 07/16/2004 | ●2 | Form mailed to Commissioner of Patents and Trademarks with copy of complaint. (ttm, ) (Entered: 07/19/2004) |
| 10/25/2004 | ●3 | NOTICE of Impending Dismissal: this notice serves to inform Pltf that the action shall be dismissed without prejudice as to dfts, Cinemark USA Inc, Regal Entertainment Group, Thomson Corporation, Intl Data Group Inc, Amazon.com, Inc, Movietickets.com Inc, Ticketmaster Corporation, Marcus Theatres Corporation, Fandango Inc, Franklin Electronic Publisher Inc, New York Times Co, Hallmark Cards Inc, American Greetings Corporation and Newsback Inc unless Pltf completes service of process within 120 days after the filing of the complaint. Counsel must execute a verified petition RE: Service of Process, petition must be filed with the court on or before 11/15/04 (ttm, ) cc:attys on 10-27-04 (Entered: 10/27/2004) |
| 11/08/2004 | ● | Summons Issued as to Amazon.com Inc, American Greetings Corporation, Cinemark USA Inc, Fandango Inc, Franklin Electronic Publishers Inc, Hallmark Cards, Inc, International Data Group Inc, Marcus Theatres Corporation, Movietickets.com Inc, New York Times Company, Newsbank Inc, Regal Entertainment Group, Thomson Corporation, Ticketmaster Corporation and returned to atty for service. (ttm, ) (Entered: 11/08/2004) |
| 11/12/2004 | ●4 | Return of Service Executed as to New York Times Company on 11/5/2004, answer due: 11/25/2004. (ttm, ) (Entered: 11/15/2004) |
| 11/12/2004 | ●5 | Return of Service Executed as to Movietickets.com Inc on 11/5/2004, answer due: 11/25/2004. (ttm, ) (Entered: 11/15/2004) |
| 11/12/2004 | ●6 | Return of Service Executed as to Regal Entertainment Group on 11/5/2004, answer due: 11/25/2004. (ttm, ) (Entered: 11/15/2004) |
| 11/12/2004 | ●7 | Return of Service Executed as to Cinemark USA Inc on 11/5/2004, answer due: 11/25/2004. (ttm, ) (Entered: 11/15/2004) |

| 11/12/2004 | ⊖8 | Return of Service Executed as to Amazon.com Inc on 11/5/2004, answer due: 11/25/2004. (ttm, ) (Entered: 11/15/2004) |
|---|---|---|
| 11/12/2004 | ⊖9 | Return of Service Executed as to Ticketmaster Corporation on 11/5/2004, answer due: 11/25/2004. (ttm, ) (Entered: 11/15/2004) |
| 11/12/2004 | ⊖10 | Return of Service Executed as to Newsbank Inc on 11/5/2004, answer due: 11/25/2004. (ttm, ) (Entered: 11/15/2004) |
| 11/12/2004 | ⊖11 | Return of Service Executed as to Hallmark Cards, Inc on 11/5/2004, answer due: 11/25/2004. (ttm, ) (Entered: 11/15/2004) |
| 11/12/2004 | ⊖12 | Return of Service Executed as to International Data Group Inc on 11/8/2004, answer due: 11/28/2004. (ttm, ) (Entered: 11/15/2004) |
| 11/12/2004 | ⊖13 | Return of Service Executed as to Thomson Corporation on 11/8/2004, answer due: 11/28/2004. (ttm, ) (Entered: 11/15/2004) |
| 11/12/2004 | ⊖14 | Return of Service Executed as to Franklin Electronic Publishers Inc on 11/10/2004, answer due: 11/30/2004. (ttm, ) (Entered: 11/15/2004) |
| 11/15/2004 | ⊖15 | Return of Service Executed as to American Greetings Corporation on 11/12/2004, answer due: 12/2/2004. (ttm, ) (Entered: 11/15/2004) |
| 11/15/2004 | ⊖16 | Return of Service Executed as to Fandango Inc on 11/10/2004, answer due: 11/30/2004. (ttm, ) (Entered: 11/15/2004) |
| 11/15/2004 | ⊖17 | Return of Service Executed as to Marcus Theatres Corporation on 11/10/2004, answer due: 11/30/2004. (ttm, ) Additional attachment(s) added on 11/17/2004 (ttm, ). (Entered: 11/15/2004) |
| 11/18/2004 | ⊖ | Pro Hac Vice Filing fee paid by Adam P Seitz; Fee: $25, receipt number: 104373 (ttm, ) (Entered: 11/18/2004) |
| 11/18/2004 | ⊖18 | APPLICATION to Appear Pro Hac Vice by atty Adam P Seitz for Hallmark Cards Inc. Approved 11/18/04 (ttm, ) (Entered: 11/18/2004) |
| 11/18/2004 | ⊖ | Pro Hac Vice Filing fee paid by B Trent Webb; Fee: $25, receipt number: 104373 (ttm, ) (Entered: 11/18/2004) |
| 11/18/2004 | ⊖19 | APPLICATION to Appear Pro Hac Vice by Attorney B Trent Webb for Hallmark Cards, Inc. Approved 11/18/04 (ttm, ) (Entered: 11/18/2004) |
| 11/18/2004 | ⊖ | Pro Hac Vice Filing fee paid by Bart A Starr; Fee: $25, receipt number: 104373 (ttm, ) (Entered: 11/18/2004) |
| 11/18/2004 | ⊖20 | APPLICATION to Appear Pro Hac Vice by Attorney Bart A Starr for Hallmark Cards, Inc. Approved 11/18/04. (ttm, ) (Entered: 11/18/2004) |
| 11/19/2004 | ⊖21 | MOTION for Extension of Time to File Answer *(Agreed Motion)* by Amazon.com Inc. (Attachments: # 1 Text of Proposed Order)(Tidwell, James) (Entered: 11/19/2004) |
| 11/24/2004 | ⊖22 | *Unopposed Motion to Enlarge Time for Defendant Cinemark USA, Inc. to Object, Respond, or ANSWER to Complaint and Brief in Support Thereof* by Cinemark USA Inc. (Attachments: # 1 Text of Proposed |

| | | Order)(Davison, Dan) (Entered: 11/24/2004) |
|---|---|---|
| 11/24/2004 | ❷23 | MOTION for Extension of Time to File Answer re 1 Complaint by Cinemark USA Inc. (Attachments: # 1 Text of Proposed Order)(Davison, Dan) (Entered: 11/24/2004) |
| 11/24/2004 | ❷24 | *Hallmark Cards, Incorporated's* ANSWER to Complaint with Jury Demand, COUNTERCLAIM against E-Data Corporation by Hallmark Cards, Inc.(Webb, B) (Entered: 11/24/2004) |
| 11/24/2004 | ❷ | ***FILED IN ERROR. Document # 22, Answer. PLEASE IGNORE.***<br><br>***To be refiled as Motion to extend time to answer*** (ttm, ) (Entered: 11/24/2004) |
| 11/24/2004 | ❷25 | MOTION for Extension of Time to File Answer re 1 Complaint by Regal Entertainment Group. (Attachments: # 1 Text of Proposed Order) (Davison, Dan) (Entered: 11/24/2004) |
| 11/24/2004 | ❷26 | *Hallmark Cards, Incorporated's* ANSWER to Complaint with Jury Demand, COUNTERCLAIM against E-Data Corporation by Hallmark Cards, Inc.(Webb, B) (Entered: 11/24/2004) |
| 11/24/2004 | ❷27 | ORDER granting 21 Motion for Extension of Time to Answer re 1 Complaint Amazon.com Inc answer due 12/30/2004. . Signed by Judge Richard A. Schell on 11/24/04. cc"attys on 11/24/04 (ttm, ) (Entered: 11/24/2004) |
| 11/24/2004 | ❷ | ***FILED IN ERROR. Document # 24, Answer. PLEASE IGNORE.***REPLACED BY ANSWER #26***<br><br>(ttm, ) (Entered: 11/30/2004) |
| 11/29/2004 | ❷28 | NOTICE by New York Times Company *Rule 11 Agreement for Extension of Time to Answer Complaint* (Latham, Robert) (Entered: 11/29/2004) |
| 11/29/2004 | ❷ | Magistrate Consent Form and Notice of Case Assignment Mailed to atty for Hallmark Cards, Inc (ttm, ) (Entered: 11/29/2004) |
| 11/29/2004 | ❷29 | ANSWER to Complaint by Thomson Corporation.(Turner, Robert) (Entered: 11/29/2004) |
| 11/29/2004 | ❷30 | NOTICE of Attorney Appearance by Robert Parke Latham on behalf of New York Times Company (Latham, Robert) (Entered: 11/29/2004) |
| 11/29/2004 | ❷ | Magistrate Consent Form and Notice of Case Assignment Mailed to atty for Thomson Corporation (ttm, ) (Entered: 11/29/2004) |
| 11/29/2004 | ❷31 | MOTION for Extension of Time to File Response/Reply *to the Complaint of Plaintiff E-Data Corporation* by Fandango Inc. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 11/29/2004) |

| 11/29/2004 | ●32 | MOTION for Extension of Time to File Response/Reply *to the Complaint of E-Data Corporation* by Ticketmaster Corporation. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 11/29/2004) |
|---|---|---|
| 11/30/2004 | ●33 | ANSWER to Complaint, COUNTERCLAIM against E-Data Corporation by American Greetings Corporation.(Turner, Robert) (Entered: 11/30/2004) |
| 11/30/2004 | ●34 | NOTICE by New York Times Company *Rule 11 Agreement Re Answer to Complaint* (Latham, Robert) (Entered: 11/30/2004) |
| 11/30/2004 | ● | Magistrate Consent Form and Notice of Case Assignment Mailed to atty for American Greetings Corporation (ttm. ) (Entered: 11/30/2004) |
| 11/30/2004 | ● | Pro Hac Vice Filing fee paid by Raymond M Galasso; Fee: $25, receipt number: 104395 (ttm, ) (Entered: 12/01/2004) |
| 11/30/2004 | ●35 | APPLICATION to Appear Pro Hac Vice by Raymond M Galasso for E-Data Corporation. Approved on 11/30/04. (ttm, ) (Entered: 12/01/2004) |
| 11/30/2004 | ● | Pro Hac Vice Filing fee paid by Christopher S Walton; Fee: $25, receipt number: 104395 (ttm, ) (Entered: 12/01/2004) |
| 11/30/2004 | ●36 | APPLICATION to Appear Pro Hac Vice by Christopher S Walton for E-Data Corporation. Approved on 11/30/04 (ttm, ) (Entered: 12/01/2004) |
| 12/01/2004 | ●37 | ORDER granting 31 Motion for Extension of Time to File Answer re 31 MOTION for Extension of Time to File Response/Reply *to the Complaint of Plaintiff E-Data Corporation* Answer due by 12/17/2004. Signed by Judge Richard A. Schell on 12/1/04. cc:attys on 12/2/04 (ttm, ) (Entered: 12/02/2004) |
| 12/01/2004 | ●38 | ORDER granting 32 Motion for Extension of Time to Answer re 32 MOTION for Extension of Time to File Response/Reply *to the Complaint of E-Data Corporation* Answer due by 12/17/2004. Signed by Judge Richard A. Schell on 12/1/04. cc:attys on 12/2/04 (ttm, ) (Entered: 12/02/2004) |
| 12/01/2004 | ● | Reset Answer Deadlines: Fandango Inc answer due 12/17/2004; Ticketmaster Corporation answer due 12/17/2004. (ttm, ) (Entered: 12/02/2004) |
| 12/01/2004 | ●39 | ORDER granting 25 Motion for Extension of Time to Answer Regal Entertainment Group answer due 12/30/2004. . Signed by Judge Richard A. Schell on 12/1/04. cc:attys on 12/2/04 (ttm, ) (Entered: 12/02/2004) |
| 12/01/2004 | ●40 | ORDER granting 23 Motion for Extension of Time to Answer Cinemark USA Inc answer due 12/30/2004. . Signed by Judge Richard A. Schell on 12/1/04. cc:attys on 12/4/04 (ttm, ) (Entered: 12/02/2004) |
| 12/09/2004 | ●41 | ORDER to Conduct Rule 26(f) Conference no later than 1/10/05 and file joint written Rule 26 Meeting Report due by 1/24/2005. Scheduling Conference set for 2/3/2005 01:30 PM in US Courthouse 200 N Travis |

| | | |
|---|---|---|
| | | (Sherman) TX before Judge Richard A. Schell. Signed by Judge Richard A. Schell on 12/9/04. cc:attys on 12/9/04(ttm, ) Modified on 12/13/2004 (ttm, ). (Entered: 12/09/2004) |
| 12/09/2004 | 🔗 | Pro Hac Vice Filing fee paid by John D Vandenberg; Fee: $25, receipt number: 104417 (ttm, ) (Entered: 12/09/2004) |
| 12/09/2004 | 🔗42 | APPLICATION to Appear Pro Hac Vice by Attorney John D Vandenberg for Amazon.com Inc. (ttm, ) (Entered: 12/09/2004) |
| 12/09/2004 | 🔗 | Pro Hac Vice Filing fee paid by Jeffrey S Love; Fee: $25, receipt number: 104417 (ttm, ) (Entered: 12/09/2004) |
| 12/09/2004 | 🔗43 | APPLICATION to Appear Pro Hac Vice for atty Jeffrey S Love for Amazon.com Inc. Approved 12/9/04. (ttm, ) (Entered: 12/09/2004) |
| 12/10/2004 | 🔗 | Notified Attorney, Raymond M Galasso and Christopher S Walton, Per GO 04-12, this court no longer accepts pleadings in paper form. The Clerk will no longer mail or fax notices or orders to parties. All notices and orders generated by this court shall be sent electronically. (ttm, ) (Entered: 12/10/2004) |
| 12/10/2004 | 🔗 | Notified Attorney, Adam P Seitz, Per GO 04-12, this court no longer accepts pleadings in paper form. The Clerk will no longer mail or fax notices or orders to parties. All notices and orders generated by this court shall be sent electronically. (ttm, ) (Entered: 12/10/2004) |
| 12/10/2004 | 🔗44 | NOTICE by Amazon.com Inc *Designation of Attorney In Charge to Jeffrey S. Love* (Tidwell, James) (Entered: 12/10/2004) |
| 12/10/2004 | 🔗45 | MOTION to Change Venue *and Brief in Support* by New York Times Company. (Attachments: # 1 Declaration of John Jackson# 2 Exhibit 1 to Declaration of John Jackson# 3 Exhibit 2 to Declaration of John Jackson# 4 Exhibit 3 to Declaration of John Jackson# 5 Exhibit 4 to Declaration of John Jackson# 6 Exhibit 5 to Declaration of John Jackson# 7 Exhibit 6 to Declaration of John Jackson# 8 Exhibit 7 to Declaration of John Jackson# 9 Exhibit 8 to Declaration of John Jackson# 10 Exhibit 9 to Declaration of John Jackson# 11 Exhibit 10 to Declaration of John Jackson# 12 Declaration# 13 Text of Proposed Order)(Latham, Robert) (Entered: 12/10/2004) |
| 12/10/2004 | 🔗46 | ANSWER to Complaint with Jury Demand by New York Times Company.(Latham, Robert) (Entered: 12/10/2004) |
| 12/10/2004 | 🔗47 | NOTICE of Attorney Appearance by Richard David McLeod on behalf of Amazon.com Inc (McLeod, Richard) (Entered: 12/10/2004) |
| 12/13/2004 | 🔗 | Magistrate Consent Form and Notice of Case Assignment Mailed to atty for New York Times Company (ttm, ) (Entered: 12/13/2004) |
| 12/13/2004 | 🔗48 | *Defendant International Data Group's* ANSWER to Complaint with Jury Demand, COUNTERCLAIM against E-Data Corporation by International Data Group Inc.(Latham, Robert) (Entered: 12/13/2004) |
| | | |

CM/ECF TRAIN - U.S. District Court:txed - Docket Report

| | | |
|---|---|---|
| 12/13/2004 | 49 | NOTICE of Attorney Appearance by Robert Parke Latham on behalf of New York Times Company (Latham, Robert) (Entered: 12/13/2004) |
| 12/13/2004 | | Reset Deadlines: Scheduling Conference set for 2/3/2005 01:30 PM in Ctrm A01 (Sherman) before Judge Richard A. Schell per Order #41. (ttm, ) (Entered: 12/13/2004) |
| 12/13/2004 | | Magistrate Consent Form and Notice of Case Assignment Mailed to atty for International Data Group Inc (ttm, ) (Entered: 12/13/2004) |
| 12/13/2004 | | Mailed Order to Conduct 26(f) Conference #41 to attys Jeffrey S. Love, John D Vandenberg and Richard David McLeod on 12/13/04 with acknowledgment card. Attys came into case after Order #41 was entered. (ttm, ) (Entered: 12/13/2004) |
| 12/15/2004 | 50 | MOTION for Joinder *in the Motion of the New York Times Company to Transfer to the Southern District of New York* by Cinemark USA Inc. (Davison, Dan) (Entered: 12/15/2004) |
| 12/15/2004 | 51 | NOTICE of Attorney Appearance by Dan Duncan Davison on behalf of Cinemark USA Inc (Davison, Dan) (Entered: 12/15/2004) |
| 12/15/2004 | 52 | *Defendant Cinemark USA, Inc.'s Original* ANSWER to Complaint, COUNTERCLAIM against E-Data Corporation by Cinemark USA Inc. (Davison, Dan) (Entered: 12/15/2004) |
| 12/16/2004 | | Order #41 (with acknowledgment card), Notice of Case Assignment and Magistrate Consent Form Mailed to atty for Cinemark USA Inc (ttm, ) (Entered: 12/16/2004) |
| 12/17/2004 | 53 | *Ticketmaster Corporation's* ANSWER to Complaint with Jury Demand, COUNTERCLAIM against E-Data Corporation by Ticketmaster Corporation.(Baxter, Samuel) (Entered: 12/17/2004) |
| 12/17/2004 | 54 | *Fandango, Inc.'s* ANSWER to Complaint with Jury Demand, COUNTERCLAIM against E-Data Corporation by Fandango Inc. (Baxter, Samuel) (Entered: 12/17/2004) |
| 12/17/2004 | 55 | *Plaintiff E-Data Corporation's* ANSWER to Counterclaim *of Hallmark Cards, Incorporated*, ANSWER to Counterclaim by E-Data Corporation. (Siebman, Clyde) (Entered: 12/17/2004) |
| 12/17/2004 | 56 | *Plaintiff E-Data Corporation's* ANSWER to Counterclaim *of American Greetings Corporation* by E-Data Corporation.(Siebman, Clyde) (Entered: 12/17/2004) |
| 12/17/2004 | | Pro Hac Vice Filing fee paid by Shawn T Gordon; Fee: $25, receipt number: 104437 (ttm, ) (Entered: 12/20/2004) |
| 12/17/2004 | 57 | APPLICATION to Appear Pro Hac Vice by Shawn T Gordon for The Thomas Corporation. Approved 12/17/04. (ttm, ) (Entered: 12/20/2004) |
| 12/17/2004 | | Pro Hac Vice Filing fee paid by James W Poradek; Fee: $25, receipt number: 104438 (ttm, ) (Entered: 12/20/2004) |

| 12/17/2004 | ❸58 | APPLICATION to Appear Pro Hac Vice by atty James W Poradek for The Thomson Corporation. Approved on 12/17/04 (ttm, ) (Entered: 12/20/2004) |
| 12/17/2004 | ❸ | Pro Hac Vice Filing fee paid by Chad M Drown; Fee: $25, receipt number: 104439 (ttm, ) (Entered: 12/20/2004) |
| 12/17/2004 | ❸59 | APPLICATION to Appear Pro Hac Vice by atty Chad M Drown for The Thomson Corporation. Approved 12/17/04. (ttm, ) (Entered: 12/20/2004) |
| 12/17/2004 | ❸ | Pro Hac Vice Filing fee paid by Lee M Pulju; Fee: $25, receipt number: 104440 (ttm, ) (Entered: 12/20/2004) |
| 12/17/2004 | ❸60 | APPLICATION to Appear Pro Hac Vice by atty Lee M Pulju for The Thomson Corporation. Approved 12/17/04. (ttm, ) (Entered: 12/20/2004) |
| 12/17/2004 | ❸ | Pro Hac Vice Filing fee paid by David G F Gross; Fee: $25, receipt number: 104441 (ttm, ) (Entered: 12/20/2004) |
| 12/17/2004 | ❸61 | APPLICATION to Appear Pro Hac Vice by atty David G F Gross for The Thomson Corporation. Approved 12/17/04. (ttm, ) (Entered: 12/20/2004) |
| 12/20/2004 | ❸ | Pro Hac Vice Filing fee paid by Calvin L Litsey; Fee: $25, receipt number: 104442 (ttm, ) (Entered: 12/20/2004) |
| 12/20/2004 | ❸62 | APPLICATION to Appear Pro Hac Vice by Attorney Calvin L Litsey for Thomson Corporation. Approved 12/20/04. (ttm, ) (Entered: 12/20/2004) |
| 12/20/2004 | ❸ | Mail Returned as Undeliverable. Mail sent to Raymond Galasso & Christopher Walton (contained Orders 39 & 40, General Order 04-12, and Registration Forms) (ttm, ) (Entered: 12/20/2004) |
| 12/21/2004 | ❸63 | Consent MOTION for Extension of Time to File *Response and Reply to Motion to Transfer* by E-Data Corporation. (Siebman, Clyde) (Entered: 12/21/2004) |
| 12/21/2004 | ❸64 | NOTICE of Attorney Appearance by Lawrence Augustine Phillips on behalf of E-Data Corporation (Phillips, Lawrence) (Entered: 12/21/2004) |
| 12/21/2004 | ❸65 | MOTION for Joinder *to the Motion of the New York Times Company to Transfer to the Southern District of New York and Brief in Support* by Fandango Inc. (Baxter, Samuel) (Entered: 12/21/2004) |
| 12/21/2004 | ❸66 | MOTION for Joinder *to the Motion of the New York Times Company to Transfer to the Southern District of New York and Brief in Support* by Ticketmaster Corporation. (Baxter, Samuel) (Entered: 12/21/2004) |
| 12/21/2004 | ❸67 | ACKNOWLEDGEMENT OF RECEIPT as to 41 Order and General Order #04-12 by attys Raymond Galasso and Christopher Walton(ttm, ) (Entered: 12/21/2004) |
| 12/22/2004 | ❸ | Mailed Order #41, Magistrate Consent Form and Notice of Case Assignment Mailed to attys for Cinemark USA Inc, Fandango Inc, Ticketmaster Corporation with acknowledgment cards (ttm, ) (Entered: |

| | | |
|---|---|---|
| | | 12/22/2004) |
| 12/22/2004 | ●68 | MOTION for Joinder *to the Motion of The New York Times Company to Transfer to the Southern District of New York* by International Data Group Inc. (Latham, Robert) (Entered: 12/22/2004) |
| 12/22/2004 | ●69 | *E-Data's* ANSWER to Complaint with Jury Demand *to Fandango's Counterclaims* by E-Data Corporation.(Siebman, Clyde) (Entered: 12/22/2004) |
| 12/22/2004 | ●70 | *E-Data's* ANSWER to Complaint with Jury Demand *to Ticketmaster's Counterclaims* by E-Data Corporation.(Siebman, Clyde) (Entered: 12/22/2004) |
| 12/22/2004 | ●77 | ACKNOWLEDGEMENT OF RECEIPT by atty Adam P Seitz as to 41 Order (ttm, ) (Entered: 12/29/2004) |
| 12/23/2004 | ● | Pro Hac Vice Filing fee paid by Steven Lieberman; Fee: $25, receipt number: 104446 (ttm, ) (Entered: 12/28/2004) |
| 12/23/2004 | ●75 | APPLICATION to Appear Pro Hac Vice by atty Steven Lieberman for dft The New York Times. Approved on 12/23/04. (ttm, ) (Entered: 12/28/2004) |
| 12/23/2004 | ● | Pro Hac Vice Filing fee paid by Lisa N Phillips; Fee: $25, receipt number: 104446 (ttm, ) (Entered: 12/28/2004) |
| 12/23/2004 | ●76 | APPLICATION to Appear Pro Hac Vice by atty Lisa N Phillips for dft The New York Times. Approved 12/23/04. (ttm, ) (Entered: 12/28/2004) |
| 12/27/2004 | ●71 | *Regal Entertainment Group's Original* ANSWER to Complaint, COUNTERCLAIM against all plaintiffs by Regal Entertainment Group. (Davison, Dan) (Entered: 12/27/2004) |
| 12/27/2004 | ●72 | MOTION for Joinder *in the Motion of the New York Times Company to Transfer to the Southern District of New York* by Regal Entertainment Group. (Davison, Dan) (Entered: 12/27/2004) |
| 12/27/2004 | ●73 | NOTICE of Attorney Appearance by Dan Duncan Davison on behalf of Regal Entertainment Group (Davison, Dan) (Entered: 12/27/2004) |
| 12/27/2004 | ●74 | ORDER granting 63 Motion for Extension of Time to File Plaintiff E-Data Corporation's response to The New York Times Company's mo to transfer is extended from 12/27/04 to January 10, 2005. ORDERED that Defendant The New York Times to file its reply to E-Data response to the mo to transfer is extended until and including January 24, 2005. Signed by Judge Richard A. Schell on 12/27/04. (lhj, ) (Entered: 12/27/2004) |
| 12/29/2004 | ●78 | NOTICE by Amazon.com Inc re 45 MOTION to Change Venue *and Brief in Support [Joining in Motion]* (McLeod, Richard) (Entered: 12/29/2004) |
| 12/30/2004 | ●79 | ACKNOWLEDGEMENT OF RECEIPT by atty Dav Davison as to 41 Order,(ttm, ) (Entered: 12/30/2004) |

| | | |
|---|---|---|
| 12/30/2004 | ●80 | *DEFENDANT NEWSBANK, INC'S* ANSWER to Complaint with Jury Demand, COUNTERCLAIM against E-Data Corporation by Newsbank Inc.(Tillett, Christina) (Entered: 12/30/2004) |
| 12/30/2004 | ●81 | NOTICE by Newsbank Inc *of Joinder to the Motion of New York Times Company to Transfer Venue to The Southern District of New York and Brief in Support* (Tillett, Christina) (Entered: 12/30/2004) |
| 12/30/2004 | ● | Mailed ORDER #41, Magistrate Consent Form and Notice of Case Assignment Mailed to atty with acknowledgment card for Newsbank Inc (ttm, ) (Entered: 12/30/2004) |
| 12/30/2004 | ●82 | ***Deficient document, Replaced by Motion #86*** MOTION for More Definite Statement *1 and MOTION to Stay Discovery 2* by Amazon.com Inc. Responses due by 1/14/2005 (Attachments: # 1 Exhibit US Patent 4,528,643# 2 Exhibit EData v. Corbis et al., Complaint# 3 Exhibit EData v. Corbis et al., Answer by Getty Images)(McLeod, Richard) Modified on 1/4/2005 (ttm, ) Modified on 2/8/2005 (ttm, ). (Entered: 12/30/2004) |
| 12/30/2004 | ●83 | CORPORATE DISCLOSURE STATEMENT filed by Amazon.com Inc (McLeod, Richard) (Entered: 12/30/2004) |
| 12/30/2004 | ● | Pro Hac Vice Filing fee paid by James E Schutz; Fee: $25, receipt number: 104462 (ttm, ) (Entered: 01/03/2005) |
| 12/30/2004 | ●84 | APPLICATION to Appear Pro Hac Vice by atty James E Schutz for Newsbank Inc. Approved 12/30/04. (ttm, ) (Entered: 01/03/2005) |
| 12/30/2004 | ● | Pro Hac Vice Filing fee paid by John M Bowler; Fee: $25, receipt number: 104461 (ttm, ) (Entered: 01/03/2005) |
| 12/30/2004 | ●85 | APPLICATION to Appear Pro Hac Vice by atty John M Bowler for Newsbank Inc. Approved on 12/30/04. (ttm, ) (Entered: 01/03/2005) |
| 01/03/2005 | ●86 | MOTION for More Definite Statement, MOTION to Stay *Discovery* by Amazon.com Inc. (Attachments: # 1 Exhibit A, US Patent 4,528,643# 2 Exhibit B, EData v. Corbis et al., Complaint# 3 Exhibit C, EData v. Corbis et al., Answer by Getty Images# 4 Text of Proposed Order) (McLeod, Richard) (Entered: 01/03/2005) |
| 01/03/2005 | ●87 | ACKNOWLEDGEMENT OF RECEIPT by attys Jeffrey S Love, John D Vandenberg & Richard Moore as to 41 Order. (ttm, ) (Entered: 01/04/2005) |
| 01/04/2005 | ● | ***FILED IN ERROR. Document # 82, Motion for more definite statement. PLEASE IGNORE.*** <br><br> ***REPLACED by Motion #86*** (ttm, ) (Entered: 01/04/2005) |
| 01/06/2005 | ●88 | ACKNOWLEDGEMENT OF RECEIPT atty Christina Tillett for Newsbank Inc as to 41 Order (ttm, ) (Entered: 01/06/2005) |
| 01/10/2005 | ●89 | RESPONSE in Opposition re 45 MOTION to Change Venue *and Brief in Support to Transfer to the Southern District of New York* filed by E-Data |

| | | Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Siebman, Clyde) Text of Proposed Order added on 1/10/2005 (ttm, ). (Entered: 01/10/2005) |
|---|---|---|
| 01/10/2005 | ⊘90 | ***Deficient Document, to be refiled as Notice of Joinder*** MOTION for More Definite Statement *and for a Stay of Discovery* by New York Times Company. Responses due by 1/25/2005 (Latham, Robert) Modified on 1/10/2005 (ttm, ). (Entered: 01/10/2005) |
| 01/10/2005 | ⊘ | ***FILED IN ERROR. Document # 90, Motion for more definite statement and to stay discovery. PLEASE IGNORE.*** ***to be refiled as Notice of Joinder*** (ttm, ) (Entered: 01/10/2005) |
| 01/10/2005 | ⊘ | Pro Hac Vice Filing fee paid by attys Shawn G Hansen and Robert D Becker; Fee: $50, receipt number: 104472 (ttm, ) (Entered: 01/10/2005) |
| 01/10/2005 | ⊘91 | NOTICE by New York Times Company re 86 MOTION for More Definite Statement MOTION to Stay *Discovery* MOTION to Stay *Discovery (Joining in Motion)* (Latham, Robert) (Entered: 01/10/2005) |
| 01/10/2005 | ⊘92 | APPLICATION to Appear Pro Hac Vice by atty Shawn G Hansen for Dfts Fandango Inc and Ticketmaster Corporation. Approved 1/10/05. (ttm, ) (Entered: 01/10/2005) |
| 01/10/2005 | ⊘93 | APPLICATION to Appear Pro Hac Vice by Attorney Robert D Becker for Ticketmaster Corporation; Fandango Inc; Ticketmaster Corporation and Fandango Inc. Approved on 1/10/05 (ttm, ) (Entered: 01/10/2005) |
| 01/10/2005 | ⊘94 | ACKNOWLEDGEMENT OF RECEIPT atty Samuel Baxter as to 41 Order (ttm, ) (Entered: 01/10/2005) |
| 01/12/2005 | ⊘95 | CORPORATE DISCLOSURE STATEMENT filed by Thomson Corporation (Turner, Robert) (Entered: 01/12/2005) |
| 01/12/2005 | ⊘96 | CORPORATE DISCLOSURE STATEMENT filed by Hallmark Cards, Inc (Webb, B) (Entered: 01/12/2005) |
| 01/14/2005 | ⊘97 | *EData's* ANSWER to Counterclaim *of Cinemark* by E-Data Corporation. (Siebman, Clyde) (Entered: 01/14/2005) |
| 01/14/2005 | ⊘98 | *EData's* ANSWER to Counterclaim *of NewsBank* by E-Data Corporation. (Siebman, Clyde) (Entered: 01/14/2005) |
| 01/14/2005 | ⊘99 | *EData's* ANSWER to Counterclaim *Regal* by E-Data Corporation. (Siebman, Clyde) (Entered: 01/14/2005) |
| 01/18/2005 | ⊘100 | CORPORATE DISCLOSURE STATEMENT filed by Cinemark USA Inc (Davison, Dan) (Entered: 01/18/2005) |
| 01/18/2005 | ⊘101 | NOTICE by New York Times Company *of Certificate of Interested Parties* (Latham, Robert) (Entered: 01/18/2005) |
| 01/18/2005 | ⊘102 | RESPONSE to Motion re 86 MOTION for More Definite Statement MOTION to Stay *Discovery* MOTION to Stay *Discovery* filed by E-Data |

| | | |
|---|---|---|
| | | Corporation. (Siebman, Clyde) (Entered: 01/18/2005) |
| 01/21/2005 | ✎103 | CORPORATE DISCLOSURE STATEMENT filed by Ticketmaster Corporation (Baxter, Samuel) (Entered: 01/21/2005) |
| 01/24/2005 | ✎104 | REPLY to Response to Motion re 45 MOTION to Change Venue *and Brief in Support* filed by New York Times Company. (Latham, Robert) (Entered: 01/24/2005) |
| 01/24/2005 | ✎105 | NOTICE of Disclosure by Newsbank Inc (Tillett, Christina) (Entered: 01/24/2005) |
| 01/25/2005 | ✎106 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Siebman, Clyde) (Entered: 01/25/2005) |
| 01/25/2005 | ✎107 | CORPORATE DISCLOSURE STATEMENT filed by Fandango Inc (Baxter, Samuel) (Entered: 01/25/2005) |
| 01/25/2005 | ✎108 | NOTICE of Disclosure by Hallmark Cards, Inc *of its Initial Disclosures under Rule 26(a)(1)* (Webb, B) (Entered: 01/25/2005) |
| 01/28/2005 | ✎109 | ***Deficient document, exceeds page limit, please ignore*** REPLY to Response to Motion re 82 MOTION for More Definite Statement *1 and MOTION to Stay Discovery 2*, 86 MOTION for More Definite Statement MOTION to Stay *Discovery* MOTION for More Definite Statement MOTION to Stay *Discovery* filed by Amazon.com Inc. (Love, Jeffrey) Modified on 1/31/2005 (ttm, ). (Entered: 01/28/2005) |
| 01/31/2005 | ✎ | **\*\*\*FILED IN ERROR. Document # 109, Reply to Response to Motion #82. PLEASE IGNORE. Reply exceeds page limit\*\*\***<br><br>(ttm, ) (Entered: 01/31/2005) |
| 01/31/2005 | ✎110 | RESPONSE in Support re 86 MOTION for More Definite Statement MOTION to Stay *Discovery* MOTION to Stay *Discovery* filed by Amazon.com Inc. (Love, Jeffrey) (Entered: 01/31/2005) |
| 02/01/2005 | ✎111 | CORPORATE DISCLOSURE STATEMENT filed by Regal Entertainment Group (Davison, Dan) (Entered: 02/01/2005) |
| 02/03/2005 | ✎112 | ORDER granting 86 Motion to Stay discovery until 4/1/05 pending the court's resolution of I.Amazon.com Inc's motion for a more definite statement. Signed by Judge Richard A. Schell on 2/3/05. cc:attys on 2/3/05 (ttm, ) (Entered: 02/03/2005) |
| 02/03/2005 | ✎114 | Minute Entry for proceedings held before Judge Richard A. Schell: Scheduling Conference held on 2/3/2005. (Court Reporter Jerry Kelley.) (dlp, ) (Entered: 02/04/2005) |
| 02/04/2005 | ✎113 | SCHEDULING ORDER: Final Pretrial Conference and Trial Scheduling set for 4/10/2006 before Judge Richard A. Schell. Amended Pleadings due by 4/15/2005. Deadlines for claim construction issues: on or before 5/15/05, Pltf shall provide preliminary claim chart on infringement with respect to each defendand and to each allegedly infringing product. On or |

| | | |
|---|---|---|
| | | before 7/15/05, parties shall exchange a list of claim terms or phrases that each party contends should be construed by the Court and proposed, non-binding, and non-citable claim construction for such terms. On or before 8/1/05, the parties shall meet and confer to narrow the list of terms or phrases needing construction and to agree on claim term definitions; Markman proceeding: All parties' opening briefs, as well as Joint Claim Construction Chart including reference to supporting materials, will be due by 8/15/05. Responses will be due by 9/12/04 and a MARKMAN HEARING will be held on 10/3/05 before Judge Richard Schell. Discovery due by 1/16/2006. Disclosure of Expert Witness testimony by Plaintiff due by 11/15/2005, and by Defendant by 12/16/05, Objections to experts due by 1/16/06. Pretrial disclosure shall be made by the Pltf by 3/6/06 and by Dft by 3/6/06. Joinder of Parties due by 4/15/2005. Jury instructions, verdict form, and motions in limine due by 3/6/2006. Mediation Completion due by 10/31/2005. If parties agree on a mediator, they shall notify the court by 9/14/05. Otherwise, the court will select a mediator. Dispositive motions due by 6/15/2005. All motions for summary judgment, or other dispositive motions, shall be filed by 2/1/06. Proposed Pretrial Order due by 3/6/2006.. Signed by Judge Richard A. Schell on 2/3/05. cc:attys on 2/4/05(ttm, ) (Entered: 02/04/2005) |
| 02/07/2005 | 115 | REPLY to Response to Motion re 82 MOTION for More Definite Statement *1 and MOTION to Stay Discovery 2* filed by E-Data Corporation. (Siebman, Clyde) (Entered: 02/07/2005) |
| 02/08/2005 | | ***FILED IN ERROR. Document # 115, Surreply. PLEASE IGNORE. To be refiled and linked to Motion #86*** <br><br> (ttm, ) (Entered: 02/08/2005) |
| 02/08/2005 | 116 | RESPONSE to 86 Motion for More Definite Statement,, Motion to Stay,, by E-Data Corporation. (Siebman, Clyde) (Entered: 02/08/2005) |
| 02/16/2005 | 117 | STIPULATION of Dismissal by American Greetings Corporation, E-Data Corporation. (Siebman, Clyde) (Entered: 02/16/2005) |
| 02/17/2005 | 118 | TRANSCRIPT of Management Conference Proceedings held on 2/3/05 before Judge Richard A Schell. Court Reporter: Jerry Kelley. (ttm, ) (Entered: 02/18/2005) |
| 03/02/2005 | 119 | NOTICE of Change of Address by Clyde Moody Siebman (Siebman, Clyde) (Entered: 03/02/2005) |
| 03/14/2005 | 120 | First MOTION for Extension of Time to File *Response to Complaint* by Marcus Theatres Corporation, Movietickets.com Inc. (Attachments: # 1 Text of Proposed Order Order Granting Extension)(Turner, Robert) (Entered: 03/14/2005) |
| 03/18/2005 | 121 | *Marcus Theatres* ANSWER to Complaint, First COUNTERCLAIM against E-Data Corporation by Marcus Theatres Corporation.(Turner, Robert) (Entered: 03/18/2005) |
| 03/18/2005 | 122 | *MovieTickets.com* ANSWER to Complaint, First COUNTERCLAIM |

| | | |
|---|---|---|
| | | against E-Data Corporation by Movietickets.com Inc.(Turner, Robert) (Entered: 03/18/2005) |
| 03/18/2005 | ➋123 | RESPONSE to Motion re 45 MOTION to Change Venue *and Brief in Support Joinder to Motion* filed by Marcus Theatres Corporation, Movietickets.com Inc. (Turner, Robert) (Entered: 03/18/2005) |
| 03/23/2005 | ➋ | Magistrate Consent Form and Notice of Case Assignment Mailed to atty for Marcus Theatres Corporation and Movietickets.com Inc (ttm, ) (Entered: 03/23/2005) |
| 03/25/2005 | ➋124 | ORDER granting 120 Motion for Extension of Time to File Answer by dfts MovieTickets.com Inc and Marcus Theatres Corp up to and including 3/18/05. Signed by Judge Richard A. Schell on 3/25/05. cc:attys on 3/25/05 (ttm, ) (Entered: 03/25/2005) |
| 04/01/2005 | ➋125 | MOTION to Continue *Motion for Continuance of Stay of Discovery and Brief in Support* by Ticketmaster Corporation, Fandango Inc, New York Times Company. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 04/01/2005) |
| 04/04/2005 | ➋126 | ORDER denying as moot 86 Motion for More Definite Statement and Motion for Stay of Discovery. In light of the court's order transferring case to SD/NY issued on this date, the court denies as moot these motions. Once this case has been tranferred, the Dft may re-urge these motions if it so desires. Signed by Judge Richard A. Schell on 4/1/05. cc:attys on 4/4/05 (ttm, ) (Entered: 04/04/2005) |
| 04/04/2005 | ➋127 | ORDER granting 45 Motion to Change Venue, therefore, the court Orders that this case be tranferred to the Southern District of New York. Signed by Judge Richard A. Schell on 4/1/05. cc:attys on 4/4/05 (ttm, ) (Entered: 04/04/2005) |
| 04/11/2005 | ➋128 | MOTION to Substitute Attorney by International Data Group Inc, International Data Group Inc. (Attachments: # 1 Text of Proposed Order Order Granting Motion to Change Designation of Lead Counsel) (Latham, Robert) (Entered: 04/11/2005) |
| 04/12/2005 | ➋129 | ORDER granting 128 Motion to Substitute Attorney (Change Designation of Lead Counsel). Added attorney Robert James Garrey as lead counsel for International Data Group Inc. Signed by Judge Richard A. Schell on 4/12/2005. (baf, ) (Entered: 04/12/2005) |
| 04/15/2005 | ➋130 | Consent MOTION to Withdraw by E-Data Corporation. (Attachments: # 1 Text of Proposed Order)(Siebman, Clyde) (Entered: 04/15/2005) |
| 04/19/2005 | ➋131 | ORDER granting 130 Motion to Withdraw. It is Ordered that Clyde M Siebman and Lawrence A Phillips are withdrawn as counsel for Pltf E-Data Corporation . Signed by Judge Richard A. Schell on 4/18/05. cc:attys on 4/19/05 (ttm, ) (Entered: 04/19/2005) |
| 05/03/2005 | ➋ | Interdistrict transfer to the Southern District of New York. Mailed certified copies of the Transfer Order, docket sheet and complaint with transfer letter. (ttm, ) (Entered: 05/03/2005) |