IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E-DATA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-CV-04616 (BSJ)(FM) |
| v. ) | |
| ) | |
| CINEMARK USA ET AL. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Plaintiff E-Data Corporation ("E-Data") and Defendant Ticketmaster Corporation ("Ticketmaster") file this stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(ii) whereby E-Data moves to dismiss the suit with respect to Ticketmaster, which has answered and agreed to the dismissal. E-Data represents that it has not previously dismissed an action based on or including the same claims as those presented in this suit with respect to Ticketmaster.

E-Data and Ticketmaster stipulate that (1) this dismissal is with prejudice, (2) each party shall bear its own attorneys' fees and costs and (3) nothing herein shall be construed as a release or discharge of any claim E-Data has or may have against any other defendant named in this action.

Dated: 12/19/05

By: /s/ Steven M. Hayes
Steven M. Hayes (SH 2926)
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square, 22nd Floor
New York, New York 10036
(212) 790-4500

*Attorneys for Defendant
Ticketmaster Corporation*

By: /s/ Steven L. Levitt
Steven L. Levitt (SL-3233)
STEVEN L. LEVITT & ASSOCS., PC
Two Hillside Avenue, Building F
Williston Park, New York 11596
(516) 248-9700

*Attorneys for Plaintiff
E-Data Corporation*

20147858.1