IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E-DATA | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. 05-CV-04616 (BSJ)(FM) |
| v. | ) |
| | ) |
| CINEMARK USA ET AL. | ) |
| | ) |
|     Defendants. | ) |

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

FILED: 12-27-05

### STIPULATION OF DISMISSAL

Plaintiff E-Data Corporation ("E-Data") and Defendant Amazon.com Inc. ("Amazon.com") file this stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(ii) whereby E-Data moves to dismiss the suit with respect to Amazon.com who agrees to the dismissal. E-Data has not dismissed an action based on or including the same claims as those presented in this suit with respect to Amazon.com.

E-Data and Amazon.com stipulate that (1) this dismissal is with prejudice, (2) each party shall bear its own attorneys' fees and costs and (3) E-Data has not released, and nothing herein shall be construed as a release or discharge of, any claim E-Data has or may have in the future against any other Defendant named in this action.

Dated: 16 DEC 05

SO O[RDERED]

[signature]
12/27/05

Respectfully submitted,

By: _____
Richard D. McLeod (*pro hac vice*) RM /6d/
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 226-7391
*Attorneys for Defendant*
*Amazon.com, Inc.*

By: _____
Steven L. Levitt (SLL 3283)
STEVEN L. LEVITT & ASSOCS., PC
Two Hillside Avenue, Building F
Williston Park, New York 11596
(516) 248-9700

*Attorneys for Plaintiff*
*E-Data Corporation*

CU-1313476v1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 20th day of December, 2005, a copy of STIPULATION OF DISMISSAL between E-DATA and AMAZON.COM was electronically served to attorneys so registered via the SDNY CM/EDF system and by Facsimile to the last known Facsimile Number as set forth below:

    Christopher S. Walton
    Raymond M. Galasso
    Simon, Galasso & Frantz
    6300 Bridgepoint Parkway
    Building One, Suite 410 A
    Austin, TX 78730
    *Facsimile Number: (512) 231-1411*

    Jeffrey Stewart Love
    Klarquist Sparkman, LLP
    121 SW Salmon Street, Suite 1600
    Portland, OR 97204
    *Facsimile Number: (503) 595-5301*

    Dan D Davison
    Fulbright & Jaworski
    2200 Ross Avenue, Suite 2800
    Dallas, TX 75201
    *Facsimile Number: (214) 855-8200*

    Shawn Hanson
    Manatt, Phelps & Phillips
    1001 Page Mill Road, Bldg. 2
    Palo Alto, CA 94304
    *Facsimile Number: (650) 213-0260*

    James Rittinger
    Satterlee Stephens
    230 Park Avenue, 11th Floor
    New York, New York 10169
    *Facsimile Number: (212) 818-9606*

Robert J. Garrey
Jackson Walker
901 Main Street, Suite 6000
Dallas, TX 75202
*Facsimile Number: (212) 953-5822*

Timothy O'Hearn
Jones Day
901 Lakeside Avenue
Cleveland, OH 44144
*Facsimile Number: (216) 579-0212*

John M. Bowler
Troutman Sanders, LLP
600 Peachtree St. N.E. Suite 5200
Atlanta, GA 30308
*Facsimile Number: (404) 885-3900*

Steven Lieberman
Lisa N. Phillips
Rothwell, Figg, Ernst & Manbeck
1425 K. Street, N.W. Suite 800
Washington, DC 20005
*Facsimile Number: (202) 783-6031*

Adam P. Seitz
Shook, Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO 64108
*Facsimile Number: (816) 421-5547*

_____
Dawn K. Kirk